IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re:

CAROL DIANA WILSON,                                           Case No. 11-71052-SCS
                                                              Chapter 7
            Debtor.

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Cash 2 U Payday Loans<br>6109B Virginia Beach Blvd.<br>Norfolk, VA  23502 | $0.81 (interest payment) |
| King's Cash Advance<br>3270 Folkways Blvd.<br>Suite 200<br>Lincoln, NE  68504 | $0.73 (interest payment) |
| American InfoSource LP<br>As agent for Check N Go<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $0.69 (interest payment) |
| Commonwealth of Virginia<br>Department of Taxation<br>PO Box 2156<br>Richmond, VA  23218 | $0.23 (interest payment) |
| Norfolk VA Postal Credit Union<br>PO Box 781<br>Norfolk, VA  23501 | $1.07 (interest payment) |
| **TOTAL** | **$3.53** |

Dated: October 17, 2011 /s/ Charles L. Marcus
Charles L. Marcus, Trustee
VSB #7020
580 East Main Street, Suite 300
Chesapeake, VA  23320
(757) 622-9005

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on October 17, 2011 to:  Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

/s/ Charles L. Marcus
Charles L. Marcus, Trustee